UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No:   2:17−cv−04695−R−AGR              Date:   9/29/2017

Title:   AYANNA HART V. DELTA AIR LINES, INC. ET AL

PRESENT:  HONORABLE MANUEL L. REAL, JUDGE

| Christine Chung | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                                              None

PROCEEDINGS:    ORDER (IN CHAMBERS) SETTING PRE−TRIAL & TRIAL DATES

COUNSEL ARE NOTIFIED that this action is hereby placed on calendar for FINAL PRE−TRIAL CONFERENCE on April 9, 2018 at 11:00 AM.

Memoranda of Contentions of Fact and Law, Exhibit Lists and Witness Lists shall be filed and served on or before March 19, 2018, which date will also serve as the discovery cut−off date in this action. There is no Motion Cut−Off Date set.

PRE−TRIAL CONFERENCE ORDER shall be lodged with this Court on or before April 2, 2018.

 Jury Trial is set as May 8, 2018 at 09:00 AM.

IT IS SO ORDERED.

cc: counsel of record

MINUTES FORM 11 CIVIL − −
GEN                                                                                 Initials of Deputy Clerk:  cch