Scott R. Torpey (SBN 153763)
storpey@jaffelaw.com
Justin M. Schmidt (SBN 309656)
jschmidt@jaffelaw.com
JAFFE RAITT HEUER & WEISS, PC
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000
(248) 351-3082 (Fax)
*Attorneys for Defendants*
*Delta Air Lines, Inc., and*
*SkyWest Airlines, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYANNA HART, an individual, | Case No.: 2:17-cv-04695 |
| Plaintiff, | |
| vs. | **DEFENDANT SKYWEST AIRLINES, INC.'S LAY WITNESS LIST** |
| DELTA AIR LINES, INC., a Delaware corporation; and SKYWEST AIRLINES INC., a Utah Corporation, | |
| Defendants. | |

## DEFENDANT SKYWEST AIRLINES, INC.'S LAY WITNESS LIST

Defendant SkyWest Airlines, Inc. ("SkyWest"), by and through its attorneys, Jaffe, Raitt, Heuer & Weiss, P.C., submits its lay witness list, which supplements the witness list included in SkyWest's Rule 26 initial disclosures:

1. Plaintiff, Ayanna Hart, who has knowledge of the incident and the allegations in the Complaint, c/o Plaintiff's counsel.

2. C.B., Plaintiff's daughter, who may have knowledge of the incident and subsequent events, c/o Plaintiff's counsel.

3. Daniel Winfrey, Plaintiff's husband, who may have information about Plaintiff's past medical history as well as her emotional distress and anguish since the incident, c/o Plaintiff's counsel.

4. Tanya Hart, Plaintiff's mother, who may have information about Plaintiff's past medical history as well as her emotional distress and anguish since the incident, c/o Plaintiff's counsel.

5. Philip Hart, Plaintiff's father, who may have information about Plaintiff's past medical history as well as her emotional distress and anguish since the incident, c/o Plaintiff's counsel.

6. The SkyWest flight crew for Flight 3559 on May 12, 2017, c/o SkyWest's counsel, who may have knowledge of the events surrounding the incident and investigation, including but not limited to:
   a. Scott Adikes, Captain;
   b. Fawnia Moyer, First Officer;
   c. Edgar Torres, Flight Attendant; and
   d. Vanessa Newman, Flight Attendant.

7. Passenger Kevin Moriarty who was seated in 2A who has knowledge of his involvement in the incident.

8. Passengers who may have knowledge of the events surrounding the alleged incident, including but not limited to:
   a. Evan Dreggors who was seated in 1A
   b. Wayne Byloo who was seated in 1C

9. Todd Emerson, Director of Legal and Government Affairs with SkyWest, who has knowledge of the Delta Connection Agreement

|   |   |   |
|---|---|---|
| 1 |  | between Delta and SkyWest, and the requirements and application of the Agreement with respect to flights operated by SkyWest pursuant to the Agreement. |
| 4 | 10. | Person most knowledgeable and custodians' of record for Blue Shield of California, Blue Shield Corporate Headquarters, P.O. Box 272540, Chico, CA 95927, (855) 599-2650. |
| 7 | 11. | Treating personnel and custodians' of records for medical providers who treated Plaintiff and may have knowledge of the medical and or psychological conditions alleged to have arisen from the Incident and for the last ten (10) years, including but not limited to those currently known, as follows: |

    a. Dr. Rubencio Quintanan and staff, 8500 Wilshire Boulevard, Suite No. 605, Beverly Hills, CA 90211, (310) 659-5500;

    b. Dr. Derek Cheng and staff, Cedars Sinai Medical Group, 8536 Wilshire Boulevard, Suite 202, Beverly Hills, CA 90211, (310) 248-8200;

    c. Dr. Shadi Vahdat and staff, Live Well Integrative Medicine, 11633 San Vicente Boulevard, Suite 220, Los Angeles, CA 90049, (310) 207-7711;

    d. Dr. Paul C. Azer and staff, 99 N. La Cienega Blvd., #107, Beverly Hills, CA 90211, (310) 652-4743; and

    e. Bernadine Fried, psychotherapist, 329 N. Wetherly Dr., #207, Beverly Hills, CA 90211, (323) 899-9115.

12. All witnesses necessary to authenticate and provide the foundation for the admission of documents produced in the course of this litigation.

13. All necessary rebuttal and/or impeachment witnesses.

Jaffe Raitt Heuer & Weiss
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000

14. All witnesses identified during the course of discovery, including but not limited to those identified in any news articles, deposition, answers to interrogatories, or any documents.

15. All individuals necessary to authenticate, interpret, identify, and/or introduce any and all exhibits.

16. To the extent that they are not named individually on this list, all persons with whom any of the witnesses have discussed the subject matter or other facts of the case.

17. All experts that SkyWest shall retain.

18. All experts that Delta shall retain.

19. All experts that Plaintiff shall retain.

20. SkyWest reserves the right to amend this disclosure pending the close of discovery for the reason that discovery is in its inception and additional witnesses may become known through the course of discovery.

Dated: February 16, 2018         JAFFE RAITT HEUER & WEISS, PC

                                 By:   /s/Justin M. Schmidt
                                 Scott R. Torpey (SBN 153763)
                                 Justin M. Schmidt (SBN 309656)
                                 *Attorneys for Defendants.*
                                 27777 Franklin Road, Suite 2500
                                 Southfield, MI  48034
                                 (248) 351-3000
                                 storpey@jaffelaw.com
                                 jschmidt@jaffelaw.com