# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| v.  Plaintiff(s) | |
| Defendant(s). | **REQUEST:** <br> **ADR PROCEDURE SELECTION** |

Pursuant to Civil L.R.16-15, the parties request that the Court approve the following ADR procedure:

☐    **ADR PROCEDURE NO. 1** - The parties shall appear before the ☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐    **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel for mediation.

☐    **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: _____      _____
                                             Attorney for Plaintiff

Dated: _____      _____
                                             Attorney for Plaintiff

Dated: _____      _____
                                             Attorney for Defendant

Dated: _____      _____
                                             Attorney for Defendant

NOTE: If additional signatures are required, attach an additional page to this request.