# EXHIBIT B

# INVOICE

Bienenstock/U.S. Legal Support - Michigan-O
30800 Telegraph Road
Suite 2925
Bingham Farms MI  48025
Phone:( 888) 644-8080  Fax:(248) 644-1120

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110088880 | 10/23/2017 | 618158 |
| **Job Date** | **Case No.** | |
| 10/9/2017 | 217CV04695 | |
| **Case Name** | | |
| Ayanna Hart vs. Delta Air Lines, Inc., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Latifah Ali
Allianz Global Corporate & Specialty
11475 Great Oaks Way
Royal Centre Three
Suite 200
Alpharetta GA  30022

| ORIGINAL TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Ayanna Hart | 171.00 | Pages | @ | 5.50 | 940.50 |
| Exhibit | 53.00 | Pages | @ | 0.45 | 23.85 |
| Attendance Fee | | | | 80.00 | 80.00 |
| Exhibit - Color | 4.00 | | @ | 1.10 | 4.40 |
| Litigation Support Package | | | | 25.00 | 25.00 |
| Delivery | | | | 116.79 | 116.79 |
| Handle/Process | | | | 25.00 | 25.00 |
| CD Package | | | | 15.00 | 15.00 |
| Video per page | 171.00 | | @ | 0.45 | 76.95 |
| Read & Sign | | | | 10.00 | 10.00 |
| | | | **TOTAL DUE >>>** | | **$1,317.49** |
| | | | AFTER 12/7/2017 PAY | | $1,515.11 |

Claim No.        : AL072677M
Location of Job  : Las Vegas NV
Ordered By       : Scott Torpey
                   Jaffe, Raitt, Heuer & Weiss, P.C.
                   27777 Franklin Road
                   Suite 2500
                   Southfield, MI 48034

Tax ID: 76-0523238

Phone: 404-760-7827   Fax:

*Please detach bottom portion and return with payment.*

Latifah Ali
Allianz Global Corporate & Specialty
11475 Great Oaks Way
Royal Centre Three
Suite 200
Alpharetta GA  30022

Invoice No.   : 110088880
Invoice Date  : 10/23/2017
**Total Due** : **$1,317.49**
AFTER 12/7/2017 PAY $1,515.11

Job No.     : 618158
BU ID       : 51.1-MichO
Case No.    : 217CV04695
Case Name   : Ayanna Hart vs. Delta Air Lines, Inc., et al

Remit To:  **U.S. Legal Support (Chicago, Ill Reporting)**
           **P.O. Box 4772-11**
           **Houston TX  77210-4772**

# INVOICE

Bienenstock/U.S. Legal Support - Michigan-O
30800 Telegraph Road
Suite 2925
Bingham Farms MI  48025
Phone:( 888) 644-8080   Fax:(248) 644-1120

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110088880 | 10/23/2017 | 618158 |
| **Job Date** | **Case No.** | |
| 10/9/2017 | 217CV04695 | |

| Case Name |
|---|
| Ayanna Hart vs. Delta Air Lines, Inc., et al |

| Payment Terms |
|---|
| Due upon receipt |

Latifah Ali
Allianz Global Corporate & Specialty
11475 Great Oaks Way
Royal Centre Three
Suite 200
Alpharetta GA  30022

---

Online bill pay available at www.uslegalsupport.com

Electronic transcript with exhibits sent Via email on 10/20/17 to cdani@jaffelaw.com, pkinzer@jaffelaw.com, janderson@jaffelaw.com, amamassian@jaffelaw.com, jnorton@jaffelaw.com

Full sized, condensed paper copy with exhibits, Ascii on CD, Video & CD Bundle (sent attn Christina Dani) Via UPS on 10/20/17: Tracking # 1z34354w0359822690

Original transcript for California case witness read & sign sent Via UPS to Marc Randazza on 10/23/17, included UPS Label to return Original Transcript to Scott Torpey; Tracking # 1z34354w0359851471

Deposition taken in CA

Thank you for choosing U.S. Legal Support!

---

**Tax ID:** 76-0523238

Phone: 404-760-7827   Fax:

*Please detach bottom portion and return with payment.*

Latifah Ali
Allianz Global Corporate & Specialty
11475 Great Oaks Way
Royal Centre Three
Suite 200
Alpharetta GA  30022

| | | |
|---|---|---|
| Invoice No. | : | 110088880 |
| Invoice Date | : | 10/23/2017 |
| **Total Due** | : | **$1,317.49** |
| AFTER 12/7/2017 PAY $1,515.11 | | |

Remit To:   **U.S. Legal Support (Chicago, Ill Reporting)**
**P.O. Box 4772-11**
**Houston TX  77210-4772**

| | | |
|---|---|---|
| Job No. | : | 618158 |
| BU ID | : | 51.1-MichO |
| Case No. | : | 217CV04695 |
| Case Name | : | Ayanna Hart vs. Delta Air Lines, Inc., et al |

**Allianz (II)**   Allianz Aviation Managers, LLC
225 W. Washington Suite 1800
Chicago, IL 60606

82-20/311

Check No.: 0002045601

Date of Loss   05/12/17
Issue Date   12/08/17

Policy No   A1AL000018018AM   Claim No   AL072677M

Insured   SkyWest, Inc

For Inv 110085880

PAY TO THE ORDER OF   US Legal Support (Chicago, Ill Reporting)

$1,317.49

One Thousand Three Hundred Seventeen and 49/100 Dollars

CITIBANK, N.A.
ONE PENNS WAY, NEW CASTLE, DE 19720

⑈0002045601⑈ ⑆031100209⑆ 3879125 8⑈

Allianz Aviation Managers, LLC
225 W. Washington Suite 1800
Chicago, IL 60606

Policy No   A1AL000019005AM
Insured     SkyWest, Inc
Claim No    AL072677M

PAGE 1 OF 1

016444103 REG 500 **SNGLP  1I 0 0200 77015        -P16455

US Legal Support (Chicago, Ill Repo
PO Box 4772-11
Houston TX 77210

Explanation For  Inv 110088880

Please contact (312) 224-3300 with questions concerning this payment or claim. Any error in payee name or address should be reported immediately

Representative Name   Ali, Latifah

Check No.   0002045601

Check Amount      $1,917.49

Issue Date:   12/08/17

Date of Loss   05/12/17

02   08442 00137 0050 121317

Detach And Retain For Your Records