# EXHIBIT C

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110107072 | 12/22/2017 | 639741 |
| Job Date | | Case No. |
| 12/10/2017 | 217CV04695 | |
| Case Name | | |
| Ayanna Hart v. Delta Air Lines, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Latifah Ali
Allianz Global Corporate & Specialty
11475 Great Oaks Way
Royal Centre Three
Suite 200
Alpharetta GA 30022

ORIGINAL TRANSCRIPT OF:

*L. B.*

| | | | | |
|---|---|---|---|---|
| | 78.00 Pages | @ | 5.75 | 448.50 |
| Attendance Fee | | | 275.00 | 275.00 |
| Exhibit - Color | | | 1.10 | 1.10 |
| Litigation Support Package | | | 25.00 | 25.00 |
| Delivery | | | 36.10 | 36.10 |
| Handle/Process | | | 15.00 | 15.00 |
| Parking | | | 35.75 | 35.75 |
| CD Package | | | 15.00 | 15.00 |
| Read & Sign | | | 10.00 | 10.00 |

**TOTAL DUE >>>**  **$861.45**
AFTER 2/5/2018 PAY  $990.67

| | | |
|---|---|---|
| Claim No. | : | AL072677M |
| Location of Job | : | Los Angeles CA |
| Ordered By | : | Scott Torpey |
| | | Jaffe, Raitt, Heuer & Weiss, P.C. |
| | | 27777 Franklin Road |
| | | Suite 2500 |
| | | Southfield, MI 48034 |

Online bill pay available at www.uslegalsupport.com

**Tax ID:** 76-0523238

Phone: 404-760-7827   Fax:

*Please detach bottom portion and return with payment.*

Latifah Ali
Allianz Global Corporate & Specialty
11475 Great Oaks Way
Royal Centre Three
Suite 200
Alpharetta GA 30022

| | | |
|---|---|---|
| Invoice No. | : | 110107072 |
| Invoice Date | : | 12/22/2017 |
| **Total Due** | : | **$861.45** |
| AFTER 2/5/2018 PAY | | $990.67 |

Remit To:  **U.S. Legal Support (Chicago, Ill Reporting)**
**P.O. Box 4772-11**
**Houston TX 77210-4772**

| | | |
|---|---|---|
| Job No. | : | 639741 |
| BU ID | : | 51.1-MichO |
| Case No. | : | 217CV04695 |
| Case Name | : | Ayanna Hart v. Delta Air Lines, Inc. |

# INVOICE

Bienenstock/U.S. Legal Support - Michigan-O
30800 Telegraph Road
Suite 2925
Bingham Farms MI 48025
Phone:( 888) 644-8080  Fax:(248) 644-1120

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110107072 | 12/22/2017 | 639741 |
| **Job Date** | **Case No.** | |
| 12/10/2017 | 217CV04695 | |
| **Case Name** | | |
| Ayanna Hart v. Delta Air Lines, Inc. | | |
| | **Payment Terms** | |
| Due upon receipt | | |

Latifah Ali
Allianz Global Corporate & Specialty
11475 Great Oaks Way
Royal Centre Three
Suite 200
Alpharetta GA 30022

Electronic transcript with exhibits sent Via email on 12/20/17 to storpey@jaffelaw.com, cdani@jaffelaw.com, pkinzer@jaffelaw.com, janderson@jaffelaw.com, amamassian@jaffelaw.com, jnorton@jaffelaw.com

Original, full sized & condensed paper copy with exhibits, Ascii on CD & CD Bundle sent Via UPS on 12/20/17: Tracking # 1z34354w0360503264

Deposition taken in CA

Thank you for choosing U.S. Legal Support!

**Tax ID:** 76-0523238                                                                                   Phone: 404-760-7827    Fax:

*Please detach bottom portion and return with payment.*

Latifah Ali
Allianz Global Corporate & Specialty
11475 Great Oaks Way
Royal Centre Three
Suite 200
Alpharetta GA 30022

| | | |
|---|---|---|
| Invoice No. | : | 110107072 |
| Invoice Date | : | 12/22/2017 |
| **Total Due** | : | **$861.45** |
| AFTER 2/5/2018 | PAY | $990.67 |

Remit To:  **U.S. Legal Support (Chicago, Ill Reporting)**
           **P.O. Box 4772-11**
           **Houston TX 77210-4772**

| | | |
|---|---|---|
| Job No. | : | 639741 |
| BU ID | : | 51.1-MichO |
| Case No. | : | 217CV04695 |
| Case Name | : | Ayanna Hart v. Delta Air Lines, Inc. |

**Allianz ⑪**  Allianz Aviation Managers, LLC
225 W. Washington Suite 1800
Chicago, IL 60606

62-20
311

Check No.: 0002046077

Date of Loss    05/12/17
Issue Date      01/05/18

Policy No.  A1AL00001501SAM          Claim No    AL072677M          For inv 110107072

Insured     SkyWest, Inc.

PAY TO THE      US Legal Support (Chicago, Ill Repo
ORDER OF        rting)

$861.45

AUTHORIZED SIGNATURE

*Eight Hundred Sixty-one and 45/100 Dollars*
01    00437 00116 0007 011916

CITIBANK, N.A.
ONE PENNS WAY, NEW CASTLE, DE 19720

AUTHORIZED SIGNATURE

⑈000 2046077⑈  ⑈03110020⑈  387912 58⑈

Allianz Aviation Managers, LLC
225 W. Washington Suite 1800
Chicago, IL 60606

Policy No.  A1AL00001901MM
Insured     SkyWest, Inc
Claim No   AU072577M

011816 01 RE 0 500 **SNGLP  N4 2 0007 77210      -P41320
‖||հ‖ᴧ‖ᴧᴧᴧ‖լ||||‖‖‖լ‖ᴧᴧ‖‖‖‖‖‖լ‖լᴧ‖‖ᴧᴧ‖լᴧᴧᴧᴧ‖‖ᴧᴧᴧᴧ‖

US Legal Support (Chicago, Ill Repo
PO Box 4772-11
Houston TX 77210

Explanation For Inv 110107072

Please contact (312) 224-3300 with questions concerning this payment or
claim. Any error in payee name or address should be reported immediately.

Representative Name  Ali, Latifah

Check No.  0002046077

Check Amount       $861.46

Issue Date.  01/09/18

Date of Loss  05/12/17



01    00437 001 18 0006 011918