# EXHIBIT D

# INVOICE

Bienenstock/U.S. Legal Support - Michigan-O
30800 Telegraph Road
Suite 2925
Bingham Farms MI  48025
Phone:( 888) 644-8080  Fax:(248) 644-1120

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110108272 | 12/29/2017 | 641689 |

| Job Date | Case No. | |
|---|---|---|
| 12/15/2017 | 217CV04695 | |

| Case Name | |
|---|---|
| Ayanna Hart v. Delta Air Lines, Inc. | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Latifah Ali
Allianz Global Corporate & Specialty
11475 Great Oaks Way
Royal Centre Three
Suite 200
Alpharetta GA  30022

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Kevin Moriarty | 92.00 | Pages | @ | 2.85 | 262.20 |
| Exhibit | 2.00 | Pages | @ | 0.30 | 0.60 |
| Exhibit - Color | | | | 0.95 | 0.95 |
| Litigation Support Package | | | | 15.00 | 15.00 |
| Handle/Process | | | | 15.00 | 15.00 |
| Delivery | | | | 23.88 | 23.88 |
| CD Package | | | | 15.00 | 15.00 |
| CD/DVD Duplication | | | | 15.00 | 15.00 |

TOTAL DUE  >>>     **$347.63**
AFTER 2/12/2018 PAY         $399.77

Claim No.         :  AL072677M
Location of Job  :  Denver CO
Ordered By        :  Scott Torpey
                          Jaffe, Raitt, Heuer & Weiss, P.C.
                          27777 Franklin Road
                          Suite 2500
                          Southfield, MI 48034

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees
and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238                                                                       Phone: 404-760-7827    Fax:

*Please detach bottom portion and return with payment.*

Latifah Ali
Allianz Global Corporate & Specialty
11475 Great Oaks Way
Royal Centre Three
Suite 200
Alpharetta GA  30022

Job No.       :  641689              BU ID        : 51.1-MichO
Case No.     :  217CV04695
Case Name  :  Ayanna Hart v. Delta Air Lines, Inc.

Invoice No.  :  110108272        Invoice Date  : 12/29/2017
**Total Due**   :  **$347.63**
AFTER 2/12/2018 PAY  $399.77

Remit To:   **U.S. Legal Support (Chicago, Ill Reporting)**
                **P.O. Box 4772-11**
                **Houston TX  77210-4772**

**PAYMENT WITH CREDIT CARD**          AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:                  Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

Bienenstock/U.S. Legal Support - Michigan-O
30800 Telegraph Road
Suite 2925
Bingham Farms MI 48025
Phone:( 888) 644-8080  Fax:(248) 644-1120

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110108272 | 12/29/2017 | 641689 |
| **Job Date** | **Case No.** | |
| 12/15/2017 | 217CV04695 | |
| **Case Name** | | |
| Ayanna Hart v. Delta Air Lines, Inc. | | |
| | **Payment Terms** | |
| Due upon receipt | | |

Latifah Ali
Allianz Global Corporate & Specialty
11475 Great Oaks Way
Royal Centre Three
Suite 200
Alpharetta GA 30022

Online bill pay available at www.uslegalsupport.com

Electronic transcript with exhibits sent Via email on 12/27/17 to cdani@jaffelaw.com, pkinzer@jaffelaw.com, janderson@jaffelaw.com, amamassian@jaffelaw.com, jnorton@jaffelaw.com, storpey@jaffelaw.com

Full sized & condensed paper copy with exhibits, Ascii on CD & CD Bundle sent Via UPS on 12/27/17: Tracking # 1z34354w0360505262

Thank you for choosing U.S. Legal Support!

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238

Phone: 404-760-7827   Fax:

*Please detach bottom portion and return with payment.*

Latifah Ali
Allianz Global Corporate & Specialty
11475 Great Oaks Way
Royal Centre Three
Suite 200
Alpharetta GA 30022

Job No.       :  641689         BU ID        : 51.1-MichO
Case No.     :  217CV04695
Case Name  :  Ayanna Hart v. Delta Air Lines, Inc.

Invoice No.  :  110108272        Invoice Date  : 12/29/2017
**Total Due**   :  **$347.63**
AFTER 2/12/2018 PAY $399.77

**PAYMENT WITH CREDIT CARD**   AMEX   MASTERCARD   VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____   Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **U.S. Legal Support (Chicago, Ill Reporting)**
**P.O. Box 4772-11**
**Houston TX  77210-4772**

**Allianz** (Ⓘ)  Allianz Aviation Managers, LLC
225 W. Washington Suite 1600
Chicago, IL 60606

62-20
313

Check No.: 0002046346

Date of Loss    05/12/17
Issue Date      01/23/18

Policy No.  A1AL0000150046AM          Claim No   AL072877M

For Inv 110108272

Insured   SkyWest, Inc

PAY TO THE
ORDER OF      US Legal Support (Chicago, Ill Repo    /
rting)

$347.63

_Three Hundred Forty-seven and 63/100 Dollars_

AUTHORIZED SIGNATURE

CITIBANK N.A.
ONE PENNS WAY  NEW CASTLE, DE 19720

AUTHORIZED SIGNATURE

⑈0002046346⑈ ⑆031100209⑆    367912358⑈

Allianz Aviation Managers, LLC
225 W. Washington Suite 1600
Chicago, IL 60006

Policy No    A1AUCC2019016AM
Insured      SkyWest, Inc
Claim No     AL072377M



0125127 21 REO 459 **PRSRT T5 0 6098 77210          -P2215D
US Legal Support [Chicago, Ill Repo
PO Box 4772-11
Houston TX 77210

Explanation For  Inv 110198272

Please contact [312] 224-3300 with questions concerning this payment or
claim  Any error in payee name or address should be reported immediately.

Representative Name  All, Latifah

Check No.   0002046340

Check Amount       $347.63

Issue Date:  01/23/18

Date of Loss  05/12/17

02    22844 00151 C001 020518