# EXHIBIT E

# INVOICE

U.S. Legal Support - Michigan-O
30800 Telegraph Road
Suite 2925
Bingham Farms MI 48025
Phone:( 888) 644-8080  Fax:(248) 644-1120

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110124058 | 2/22/2018 | 657746 |
| Job Date | Case No. | |
| 2/9/2018 | 217CV04695 | |
| Case Name | | |
| Ayanna Hart v. Delta Air Lines, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Scott Torpey
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Road
Suite 2500
Southfield MI 48034

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Wayne Byloo | 60.00 Pages | @ | 5.15 | 309.00 |
| Attendance Fee | | | 70.00 | 70.00 |
| Exhibit - Color | 4.00 | @ | 1.10 | 4.40 |
| Litigation Support Package | | | 25.00 | 25.00 |
| Delivery | | | 23.90 | 23.90 |
| Handle/Process | | | 15.00 | 15.00 |
| CD Package | 2.00 | @ | 15.00 | 30.00 |

TOTAL DUE >>> **$477.30**
AFTER 4/8/2018 PAY $548.90

Claim No.       : AL072677M
Location of Job : Fort Collins CO

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

Tax ID: 76-0523238

Phone: 248-351-3000   Fax:

*Please detach bottom portion and return with payment.*

Scott Torpey
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Road
Suite 2500
Southfield MI 48034

Job No.      : 657746           BU ID       : 51.1-MichO
Case No.     : 217CV04695
Case Name    : Ayanna Hart v. Delta Air Lines, Inc.

Invoice No.  : 110124058        Invoice Date : 2/22/2018
Total Due    : $477.30
AFTER 4/8/2018 PAY $548.90

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   **U.S. Legal Support (Chicago, Il Reporting)**
            **P.O. Box 4772-11**
            **Houston TX  77210-4772**

# INVOICE

U.S. Legal Support - Michigan-O
30800 Telegraph Road
Suite 2925
Bingham Farms MI 48025
Phone:( 888) 644-8080  Fax:(248) 644-1120

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110124058 | 2/22/2018 | 657746 |
| Job Date | Case No. | |
| 2/9/2018 | 217CV04695 | |
| Case Name | | |
| Ayanna Hart v. Delta Air Lines, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Scott Torpey
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Road
Suite 2500
Southfield MI 48034

Online bill pay available at www.uslegalsupport.com

Electronic transcript with exhibits sent Via email on 2/21/18 to pkinzer@jaffelaw.com, janderson@jaffelaw.com, amarnassian@jaffelaw.com, jnorton@jaffelaw.com, storpey@jaffelaw.com

Original, full sized, condensed paper copy with exhibits, Ascii on CD & CD Bundle sent Via UPS on 2/21/18: Tracking # 1z34354w0361596896

Thank you for choosing U.S. Legal Support!

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238                                                                                                           Phone: 248-351-3000   Fax:

*Please detach bottom portion and return with payment.*

Scott Torpey
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Road
Suite 2500
Southfield MI 48034

Job No.      : 657746            BU ID         : 51.1-MichO
Case No.     : 217CV04695
Case Name    : Ayanna Hart v. Delta Air Lines, Inc.

Invoice No.  : 110124058         Invoice Date  : 2/22/2018
**Total Due  : $477.30**
AFTER 4/8/2018 PAY $548.90

**PAYMENT WITH CREDIT CARD**               AMEX  [MC]  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:

Remit To:  **U.S. Legal Support (Chicago, Il Reporting)**
           **P.O. Box 4772-11**
           **Houston TX  77210-4772**

JAFFE. RAITT. HEUER & WEISS. PROFESSIONAL CORPORATION • 27777 FRANKLIN RD. • SUITE 2500 • P.O. BOX 5034 • SOUTHFIELD, MI 48086-5034

377463

| DATE | INVOICE # | DESCRIPTION | CLIENT MATTER # | GL | AMOUNT |
|---|---|---|---|---|---|
| 02/22/18 | 110122850 | TRANSCRIPT | ALLIAV-HART | 11120 | $435.00 |
| 02/22/18 | 110124058 | TRANSCRIPT | ALLIAV-HART | 11120 | $477.30 |

| 377463 | | 03/02/18 | | | $912.30 |

THIS DOCUMENT CONTAINS BLEED THRU MICR, MICRO PRINTING AND IS PRINTED ON SAFETY PAPER WITH VISIBLE RED AND BLUE FIBERS.

377463

VENDOR NO. USLEGAL

JAFFE, RAITT, HEUER & WEISS
PROFESSIONAL CORPORATION
27777 FRANKLIN RD., SUITE 2500
P.O. BOX 5034
SOUTHFIELD, MI 48086-5034
(248) 351-3000

GENERAL ACCOUNT
BANK OF AMERICA
9-80/720

"POSITIVE PAY" PROTECTED

DATE 03/02/18

AMOUNT $912.30

PAY NINE HUNDRED TWELVE AND 30/100

TO THE ORDER OF
U.S. LEGAL SUPPORT
P.O. BOX 4772-11
HOUSTON, TX 77210-4772

VOID AFTER 60 DAYS

TWO SIGNATURES REQUIRED OVER $25,000.00

Security features included.
Details on back.
Rub here to verify authenticity