# EXHIBIT F

# INVOICE

U.S. Legal Support - Michigan-O
30800 Telegraph Road
Suite 2925
Bingham Farms MI  48025
Phone:( 888) 644-8080   Fax:(248) 644-1120

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110126382 | 3/1/2018 | 657113 |
| Job Date | Case No. | |
| 2/15/2018 | 217CV04695 | |

| Case Name |
|---|
| Ayanna Hart v. Delta Air Lines, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Latifah Ali
Allianz Global Corporate & Specialty
11475 Great Oaks Way
Royal Centre Three
Suite 200
Alpharetta GA  30022

Evan Dreggors
| | | | | |
|---|---|---|---|---|
| Minimum Transcript (Original) | | | 300.00 | 300.00 |
| Exhibit - Color | 4.00 | @ | 1.10 | 4.40 |
| Litigation Support Package | | | 25.00 | 25.00 |
| Delivery | | | 35.09 | 35.09 |
| Handle/Process | | | 15.00 | 15.00 |
| Ascii Disk | | | 15.00 | 15.00 |
| CD Package | | | 15.00 | 15.00 |
| Video per page | 52.00 | @ | 0.35 | 18.20 |
| Parking | | | 24.70 | 24.70 |

TOTAL DUE >>>                                   $452.39
AFTER 4/15/2018  PAY                            $520.25

Claim No.         : AL072677M
Location of Job   : Los Angeles CA

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

Tax ID: 76-0523238                                                                                              Phone: 404-760-7827   Fax:

*Please detach bottom portion and return with payment.*

Latifah Ali
Allianz Global Corporate & Specialty
11475 Great Oaks Way
Royal Centre Three
Suite 200
Alpharetta GA  30022

Job No.      : 657113           BU ID        : 51.1-MichO
Case No.     : 217CV04695
Case Name    : Ayanna Hart v. Delta Air Lines, Inc.

Invoice No.  : 110126382        Invoice Date : 3/1/2018
Total Due    : $452.39
AFTER 4/15/2018  PAY  $520.25

Remit To:   **U.S. Legal Support (Chicago, Il Reporting)**
            **P.O. Box 4772-11**
            **Houston TX  77210-4772**

**PAYMENT WITH CREDIT CARD**         AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110126382 | 3/1/2018 | 657113 |
| **Job Date** | **Case No.** | |
| 2/15/2018 | 217CV04695 | |
| **Case Name** | | |
| Ayanna Hart v. Delta Air Lines, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

U.S. Legal Support - Michigan-O
30800 Telegraph Road
Suite 2925
Bingham Farms MI 48025
Phone:( 888) 644-8080  Fax:(248) 644-1120

Latifah Ali
Allianz Global Corporate & Specialty
11475 Great Oaks Way
Royal Centre Three
Suite 200
Alpharetta GA 30022

Ordered By : Scott Torpey
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Road
Suite 2500
Southfield, MI 48034

Online bill pay available at www.uslegalsupport.com

Etrans and PDF exhibits sent to pkinzer@jaffelaw.com, janderson@jaffelaw.com, amamassian@jaffelaw.com, jnorton@jaffelaw.com, and storpey@jaffelaw.com on 2-28-18.

Original transcript with exhibits, full sized copy, condensed copy with exhibits, Ascii CD, and CD Bundle sent UPS tracking number 1Z34354W0361364270 on 2-28-18.

Deposition taken in CA

Thank you for choosing U.S. Legal Support!

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238

Phone: 404-760-7827  Fax:

*Please detach bottom portion and return with payment.*

Latifah Ali
Allianz Global Corporate & Specialty
11475 Great Oaks Way
Royal Centre Three
Suite 200
Alpharetta GA 30022

Job No. : 657113  BU ID : 51.1-MichO
Case No. : 217CV04695
Case Name : Ayanna Hart v. Delta Air Lines, Inc.

Invoice No. : 110126382  Invoice Date : 3/1/2018
**Total Due : $452.39**
AFTER 4/15/2018 PAY $520.25

Remit To: **U.S. Legal Support (Chicago, Il Reporting)**
**P.O. Box 4772-11**
**Houston TX 77210-4772**

**PAYMENT WITH CREDIT CARD**  AMEX  VISA

Cardholder's Name:
Card Number:
Exp. Date:      Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:

JAFFE, RAITT, HEUER & WEISS, PROFESSIONAL CORPORATION · 27777 FRANKLIN RD. · SUITE 2500 · P.O. BOX 5034 · SOUTHFIELD, MI 48086-5034

377505

| DATE | INVOICE # | DESCRIPTION | CLIENT MATTER # | GL | AMOUNT |
|---|---|---|---|---|---|
| 02/28/18 | 110125981 | TRANSCRIPT | ALLIAV-HART | 11120 | $505.90 |
| 03/01/18 | 110126382 | TRANSCRIPT | ALLIAV-HART | 11120 | $452.39 |
| 377505 | | 03/08/18 | | | $958.29 |

THIS DOCUMENT CONTAINS BLEED THRU MICR, MICRO PRINTING AND IS PRINTED ON SAFETY PAPER WITH VISIBLE RED AND BLUE FIBERS.

377505

**VENDOR NO.**
USLEGAL

JAFFE, RAITT, HEUER & WEISS
PROFESSIONAL CORPORATION
27777 FRANKLIN RD., SUITE 2500
P.O. BOX 5034
SOUTHFIELD, MI 48086-5034
(248) 351-3000

GENERAL ACCOUNT
BANK OF AMERICA
9-80/720

"POSITIVE PAY" PROTECTED

**DATE**
03/08/18

**AMOUNT**
$958.29

PAY NINE HUNDRED FIFTY-EIGHT AND 29/100

TO THE
ORDER OF

U.S. LEGAL SUPPORT
P.O. BOX 4772-11
HOUSTON, TX 77210-4772

VOID AFTER 60 DAYS

TWO SIGNATURES REQUIRED OVER $25,000.00

Security features included.
Details on back.

⑈377505⑈ ⑆072000805⑆ 006856291239⑈