Scott R. Torpey (SBN 153763)
storpey@jaffelaw.com
Justin M. Schmidt (SBN 309656)
jschmidt@jaffelaw.com
JAFFE RAITT HEUER & WEISS, PC
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000
(248) 351-3082 (Fax)
*Attorneys for Defendants*
*Delta Air Lines, Inc., and*
*SkyWest Airlines, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYANNA HART,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES, INC., et al.,<br><br>　　　　Defendants. | Case No.: 2:17-cv-04695-R<br><br>Hon. Manuel L. Real<br><br>**JUDGMENT FOR MOTION FOR SUMMARY JUDGMENT OF DEFENDANT DELTA AIR LINES, INC.** |

Defendant Delta Air Lines, Inc.'s ("Delta") Motion for Summary Judgment was taken under submission on the briefs filed by all parties. The Court has now considered all papers and arguments submitted in support of and in opposition to Delta's Motion. For the reasons stated in the concurrently filed Statement of Uncontroverted Facts and Conclusions of Law, the Court finds that there is no genuine dispute over any material fact, and that Delta is entitled to judgment in its favor against Plaintiff Ayanna Hart ("Plaintiff").

Accordingly, IT IS HEREBY ORDERED and ADJUDGED that:

/ / /

1. Judgment is hereby entered in favor of Delta, only, and against Plaintiff on all of the claims, causes of action, and damages alleged in this lawsuit against Delta.

2. Plaintiff's Complaint against Delta, only, is dismissed with prejudice.

3. Plaintiff shall recover nothing on her Complaint against Delta.

4. As the prevailing party, pursuant to Federal Rule of Civil Procedure 54(d), Delta is entitled to recover its prejudgment costs from Plaintiff in an amount to be determined pursuant to a separately filed Bill of Costs, at which time this Judgment may be amended to include the amount of recoverable costs.

Dated: March 28, 2018

_____
United States District Judge