**ENTER JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYANNA HART, an individual, | Case No. CV-17-4695-R |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| DELTA AIRLINES, INC., a Delaware corporation; SKYWEST AIRLINES, INC., a Utah Corporation, | |
| Defendant, | |

THE COURT having been advised that the above-entitled action has been settled as to Plaintiff Ayanna Hart and the remaining Defendant Skywest Airlines, Inc.;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 45 days, to reopen the action if the settlement is not consummated. IT IS FURTHER ORDERED that all dates set in this action are hereby vacated. The Court reserves its jurisdiction for the purpose of enforcing the settlement.

Dated April 4, 2018

MANUEL L. REAL
United States District Judge